# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 09/10/26

September 8, 2026

Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Letter Motion:**
**Extension of Time Request**

MEMO ENDORSED

**Re: Charlotte Yolanda Brown v. Comm'r of SSA 1:26-cv-04144-BCM**

Dear Honorable Barbara C. Moses:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 9, 2026. Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter. Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including November 8, 2026. No previous request for an extension has been made in this case. The Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Graham Morrison, Esq. (Via ECF)
Attorney for Defendant.

Application DENIED without prejudice to renewal in compliance with Local Social Security Rule 4.1.
SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 10, 2026**