# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/08/26

October 7, 2026

Honorable Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Letter Motion: Amended Motion for Extension of Time**

MEMO ENDORSED

**Re: Charlotte Yolanda Brown v. Comm'r of SSA 1:26-cv-04144-BCM**

Dear Honorable Barbara C. Moses:

Plaintiff writes in response to the Court's text Order entered on October 2, 2026, (docket #13), and apologizes for not responding sooner. Plaintiff unfortunately missed that the Court's Order entered September 10, 2026, (docket #12), denied without prejudice the motion to extend.

Plaintiff revises the earlier motion and respectfully requests that the date for Plaintiff's motion be extended 30 days from today's date, through and including November 6, 2026. The Defendant has given consent. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due November 6, 2026;
- Defendant's Response Brief due December 6, 2026;
- Plaintiff's Reply Brief, if any, due December 20, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.

Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Graham Morrison, Esq. (Via ECF)
Attorney for Defendant.

Application GRANTED. No further extensions will be granted absent exceptionally compelling circumstances. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**October 8, 2026**